**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-4086

Carolyn S. Orren,                *
                                    *

       Plaintiff - Appellant,    *

                                    * Appeal from the United States

   v.                        * District Court for the

                                    * Western District of Arkansas.

Kenneth S. Apfel, Commissioner of   *

Social Security Administration,     *

                                    *

       Defendant - Appellee.    *   [UNPUBLISHED]

_____

Submitted: April 6, 1998
Filed: April 9, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Carolyn S. Orren appeals the district court's[1] affirmance of the Commissioner's denial of Orren's Supplemental Security Income application. Having carefully reviewed the record and the parties' submissions, we conclude substantial evidence on the record as a whole supports the Commissioner's decision. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

---

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.